# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

Junyuan CHEN, et al.,

    Plaintiffs,

vs.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

    Defendants.

Case No. CV 13-7638-GW(AGRx)

**ORDER DISMISSING CASE WITH PREJUDICE**

    After consideration of the parties' stipulation to dismiss this case with prejudice, and good cause appearing therefore, it is ORDERED that this case be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a), with the parties to bear their own costs and attorney's fees. The Court will retain jurisdiction to enforce the terms of the parties' settlement agreement.

    All pending hearings are ordered off calendar.

    IT IS SO ORDERED.

DATED: November 20, 2014

_____
Hon. George H. Wu
United States District Judge